IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEBORAH ANTHONY,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:13cv449-MHT
                              )           (WO)
STATE OF ALABAMA              )
LEGISLATIVE REFERENCE         )
SERVICE and JERRY BASSETT,    )
in his individual and         )
official capacities,          )
                              )
    Defendants.               )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff Deborah Anthony's objections (doc. no. 29) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 27) is adopted.

(3) Defendants State of Alabama Legislative Reference Service and Jerry Bassett's motion to dismiss (doc. no. 15) is granted to the extent that

plaintiff Anthony (a) demands attorney's fees for representing herself, (b) seeks retrospective relief (including declaratory judgment) against defendant Bassett in his official capacity, and (c) asserts an age-based equal-protection claim against defendant Bassett in his individual capacities.

(4) Said motion is denied in all other respects.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

This case is not closed.

DONE, this the 11th day of December, 2013.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**