IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA,NORTHERN DIVISION

```
DEBORAH ANTHONY,                )
                                )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )       2:13cv449-MHT
                                )           (WO)
STATE OF ALABAMA                )
LEGISLATIVE REFERENCE           )
SERVICE and JERRY BASSETT,      )
in his individual and          )
official capacities,            )
                                )
     Defendants.                )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Alabama Legislative Reference Service and Jerry Bassett's objections (Doc. No. 45) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 44) is adopted.

(3) Defendants Alabama Legislative Reference Service and Bassett's motion for summary judgment (Doc. No. 35) is granted as to all claims except plaintiff Deborah Anthony's Title VII hostile-environment claim against defendant Alabama Legislative Reference Service.

(4) Judgment is entered in favor of defendants Alabama Legislative Reference Service and Bassett and against plaintiff Anthony as to all claims except plaintiff Anthony's Title VII hostile-environment claim against defendant Alabama Legislative Reference Service.

(5) Defendant Bassett is terminated as a party.

(6) This case is referred back to the magistrate judge for further appropriate proceedings as to plaintiff Anthony's Title VII hostile-environment claim against defendant Alabama Legislative Reference Service.

This case is not closed.

DONE, this the 29th day of September, 2014.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE