IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEBORAH ANTHONY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:13cv449-MHT |
| ) | (WO) |
| STATE OF ALABAMA ) | |
| LEGISLATIVE REFERENCE ) | |
| SERVICE, ) | |
| ) | |
|    Defendant. ) | |

### OPINION

Plaintiff filed this lawsuit asserting that she was subjected to a hostile work environment based on race and sex. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted. An appropriate judgment will be entered.

DONE, this the 10th day of December, 2014.

                                      /s/ Myron H. Thompson_____
                                UNITED STATES DISTRICT JUDGE